# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 1, 2022

Lyle W. Cayce
Clerk

No. 21-51049
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Jorge Edgar Gonzalez-Holguin,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:19-CR-4174-1

---

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

Jorge Edgar Gonzalez-Holguin appeals his conviction for illegal reentry and his sentence of 21 months of imprisonment and three years of supervised release. He argues for the first time on appeal that his sentence

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

exceeds the statutory maximum because the enhanced penalty provisions of 8 U.S.C. § 1326(b) are unconstitutional.

He has filed an unopposed motion for summary disposition and a letter brief correctly conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Gonzalez-Holguin states that he raised the issue only to preserve it for possible further review. Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Gonzalez-Holguin's motion is GRANTED, and the district court's judgment is AFFIRMED.